UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SCOTTIE BERNARD JENKINS,

    Plaintiff,

v.                                              Case No. 3:24cv207-LC-HTC

WAL-MART, et al.,

    Defendants.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on May 14, 2024 (ECF No. 5), recommending this case be dismissed without prejudice because the Defendants are not state actors for purposes of a § 1983 claim. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (ECF No. 5) is adopted and incorporated by reference in this order.

2.    Plaintiff Jenkins' motion to proceed *in forma pauperis* (ECF No. 3) is DENIED AS MOOT.

3. This case is DISMISSED WITHOUT PREJUDICE.

4. The clerk shall close the file.

**DONE AND ORDERED** this 17th day of June, 2024.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:24cv207-LC-HTC